IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| REDBOW NLN and PAMELA BOUTWELL,         )<br>)<br>    Plaintiffs,       )<br>                      )<br>    v.                )<br>                      )<br>CIRCUIT JUDGE JEFFERY )<br>KELLY,                )<br>                      )<br>    Defendants.       ) | CIVIL ACTION NO.<br>1:16cv241-MHT<br>(WO) |

OPINION

Plaintiffs filed this lawsuit asserting that defendant, a state-court judge, violated their rights under the First, Seventh, and Fourteenth Amendments to the United States Constitution, various provisions of the Alabama Constitution, and Title II of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12132.  This matter is now before the court on the recommendation of the United States Magistrate Judge that plaintiffs' claims be dismissed prior to service of process, and that plaintiffs' motion for default judgment be denied as moot.  There are no objections to the

recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of June, 2016.

                            /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**